IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0237-CG-B |
| | ) |
| BERG SPIRAL PIPE CORP., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Berg Spiral Pipe Corp., and against plaintiff, Tommy Brown. Therefore, plaintiff's claims against Berg Spiral Pipe Corp are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 17th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE